**Order filed March 6, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00754-CV

_____

**CRIMSON EXPLORATION, INC., SUCCESSOR IN INTEREST OF GULFWEST ENERGY, INC., Appellant**

**V.**

**SUMMIT INVESTMENT GROUP, INC., Appellee**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-43391**

## O R D E R

Appellant's brief was due December 9, 2011. No brief or motion for extension of time has been filed.

Unless appellant submits its brief, and a motion reasonably explaining why the brief was late, to the Clerk of this Court **within thirty (30) days of the date of this order**, the Court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM